UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IXM S.A.,<br><br>    Cross-Petitioner,<br><br>v.<br><br>GT COMMODITIES, LLC,<br><br>    Respondent. | Civ. A. No.: 24-cv-8499<br><br>**NOTICE OF CROSS-PETITION TO ENJOIN ARBITRATION** |

  **TAKE NOTICE** that Cross-Petitioner IXM S.A. respectfully petitions this Court for an Order, pursuant to the Federal Arbitration Act, 9 U.S.C. § 4 for an order enjoining as against Respondent, GT Commodities, LLC, the arbitration it filed in New York before the American Arbitration Association, Case No. 01-24-0008-2692, and for such other and further relief as the Court shall deem just and proper.

DATED: New York, NY
     November 13, 2024

                /s/Renita Sharma
                _____

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Corey Worcester
Renita Sharma

51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
coreyworcester@quinnemanuel.com
renitasharma@quinnemanuel.com

*Attorneys for Cross-Petitioner*

By **December 4, 2024**, GT Commodities shall file any brief in support of its petition and in opposition to IXM's cross-petition, not to exceed 30 pages.  By **December 11, 2024**, IXM S.A. shall file any reply, not to exceed 30 pages.  By **December 18, 2024**, GT Commodities shall file any reply, not to exceed 10 pages.  The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.  So Ordered.

Dated: November 15, 2024
   New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**