UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

GT COMMODITIES LLC,

                         Plaintiff,

              -against-

IXM S.A.,

                       Defendant.

-------------------------------------------------------------X

24 Civ. 8499 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference in this matter is scheduled for December 11, 2024;

       WHEREAS, the parties' motions on compelling or enjoining arbitration will be fully briefed by December 24, 2024.  It is hereby

       **ORDERED** that the December 11, 2024, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.

Dated: December 10, 2024
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**