**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GT COMMODITIES,

                              Petitioner,                         24 **CIVIL** 8499 (LGS)

      -against-                                   **JUDGMENT**

IXM S.A.,

                              Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 5, 2025, GT's petition to compel arbitration is GRANTED, and IXM's petition to enjoin arbitration is DENIED; accordingly, the case is closed.

**Dated**: New York, New York
         August 6, 2025

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                            **BY:**                 K. Mango

                                                           **Deputy Clerk**